No. 99–1403. CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL. *v.* STONE. C. A. 9th Cir. Motions of International Training Institute for the Sheet Metal and Air Conditioning Industry; Multiemployer Trust Funds; Central States, Southeast and Southwest Areas Health and Welfare Fund; and Health Insurance Association of America for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 99–9336. IN RE JEAN-HENRIQUEZ; and

No. 99–9431. IN RE GLASS. Petitions for writs of habeas corpus denied.

No. 99–8843. IN RE KAZANDJIAN;

No. 99–8931. IN RE BAILEY; and

No. 99–8994. IN RE LEWIS. Petitions for writs of mandamus denied.

No. 99–1331. LEWIS *v.* LEWIS & CLARK MARINE, INC. C. A. 8th Cir. Certiorari granted.

No. 99–1434. UNITED STATES *v.* MEAD CORP. C. A. Fed. Cir. Certiorari granted.

No. 99–1426. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* BROWNER, ADMINISTRATOR OF ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. D. C. Cir. Certiorari granted, and case set for oral argument in tandem with No. 99–1257, *Browner, Administrator of Environmental Protection Agency, et al. v. American Trucking Assns., Inc., et al.* [certiorari granted, 529 U. S. 1129].

No. 99–213. UNITED STATES *v.* SCS BUSINESS & TECHNICAL INSTITUTE, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–321. UNITED STATES EX REL. FOULDS *v.* TEXAS TECH UNIVERSITY ET AL.;

No. 99–365. UNITED STATES *v.* TEXAS TECH UNIVERSITY ET AL.; and